**GUCOVSCHI LAW FIRM, PLLC**
Adrian Gucovschi (State Bar No. 360988)
165 Broadway, 23rd Floor
New York, NY 10006
Telephone: (212) 884-4230
Facsimile: (212) 884-4230
E-Mail: adrian@gucovschilaw.com

Attorneys for Plaintiff and the Putative Class

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

ROBYN DAVIS, individually and on behalf of all others similarly situated,
Plaintiff,
v.

AVOCADO MATTRESS, LLC,

Defendant.

Case No. 2:26-cv-01390-TLN-SCR

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT BY THE CLERK OF COURT AS TO AVOCADO MATTRESS, LLC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(a)**

Judge: Hon. Troy L. Nunley
Magistrate Judge: Hon. Sean C. Riordan
Complaint Filed: April 7, 2026
Trial Date: None Set

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Robyn Davis ("Plaintiff") respectfully requests that the Clerk of this Court enter default against Defendant Avocado Mattress, LLC ("Avocado") because Avocado has failed to timely respond to Plaintiff's Complaint within the required time.

On April 23, 2026, Plaintiff served Avocado with the Summons and Complaint by personal delivery at the address Avocado designated with the California Secretary of State as its California office and as the office of its agent for service of process, to an individual who identified herself as authorized to accept service on Avocado's behalf. ECF No. 4; Declaration of Adrian Gucovschi ("Gucovschi Decl.") ¶¶ 3–4 & Ex. A. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Avocado's deadline to answer or otherwise respond to the Complaint was May 14, 2026. Fed. R. Civ. P. 12(a)(1)(A)(i); see Fed. R. Civ. P. 6(a)(1); Gucovschi Decl. ¶¶ 5–6. As of the date of this filing—more than three months after that deadline—Avocado has not answered or otherwise responded to the Complaint, nor has it appeared in this action. Gucovschi Decl. ¶ 7.

Accordingly, the Clerk should enter default against Avocado Mattress, LLC. Fed. R. Civ. P. 55(a).

Dated: August 18, 2026

Respectfully submitted,

**GUCOVSCHI LAW FIRM, PLLC**

By: /s/ Adrian Gucovschi
Adrian Gucovschi (State Bar No. 360988)
165 Broadway, 23rd Floor
New York, NY 10006
Telephone: (212) 884-4230
Facsimile: (212) 884-4230
E-Mail: adrian@gucovschilaw.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

ROBYN DAVIS, individually and on behalf of all others similarly situated,
Plaintiff,

v.

AVOCADO MATTRESS, LLC,

Defendant.

Case No. 2:26-cv-01390-TLN-SCR

**DECLARATION OF ADRIAN GUCOVSCHI IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT BY THE CLERK OF COURT AS TO AVOCADO MATTRESS, LLC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(a)**

Judge: Hon. Troy L. Nunley
Magistrate Judge: Hon. Sean C. Riordan
Complaint Filed: April 7, 2026
Trial Date: None Set

I, Adrian Gucovschi, declare as follows:

1. I am an attorney at law licensed to practice in the State of California and a member of the bar of this Court. I am a partner at Gucovschi Law Firm, PLLC, counsel of record for Plaintiff Robyn Davis ("Plaintiff") in this action. I submit this declaration in support of Plaintiff's Request for Entry of Default by the Clerk of Court as to Avocado Mattress, LLC ("Avocado") Pursuant to Federal Rule of Civil Procedure 55(a). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto.

2. Plaintiff filed the Class Action Complaint in this action on April 7, 2026. ECF No. 1. The Clerk issued a Summons as to Avocado the same day. ECF No. 3.

3. Avocado Mattress, LLC is a limited liability company formed in New Jersey. Avocado's Statement of Information on file with the California Secretary of

State, filed December 17, 2025 (File No. BA20252438695), lists 1401 21st Street, Suite R, Sacramento, California 95811 as the street address of Avocado's California office, and designates Registered Agents Inc., a California Registered Corporate Agent under California Corporations Code section 1505, as Avocado's agent for service of process. A true and correct copy of that Statement of Information is attached hereto as Exhibit A.

4. On April 23, 2026, at approximately 1:02 p.m., a registered California process server personally delivered copies of the Summons, the Complaint, and the Court's Initial Pretrial Scheduling Order to Nessa Miller at 1401 21st Street, Suite R, Sacramento, California 95811—the address identified in Exhibit A. As reflected in the proof of service, Ms. Miller identified herself as a person authorized to accept service on behalf of Avocado Mattress, LLC, and she accepted the documents. Proof of service was filed with the Court on May 6, 2026. ECF No. 4.

5. Avocado is not an individual, an infant, an incompetent person, or in the military service of the United States.

6. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Avocado was required to answer or otherwise respond to the Complaint within 21 days after service. That 21-day period expired on Thursday, May 14, 2026, which was neither a Saturday, a Sunday, nor a legal holiday. *See* Fed. R. Civ. P. 6(a)(1). The Court's docket likewise reflects that Avocado's answer was due on May 14, 2026. ECF No. 4.

7. As of the date of this declaration, Avocado has not filed an answer or any other response to the Complaint, nor has it otherwise appeared in this action. No attorney has entered an appearance on Avocado's behalf. Avocado's time to respond expired more than three months ago.

8. On August 4, 2026, the Court issued a Minute Order directing Plaintiff to file a status report within fourteen days advising the Court of the current status of this matter. ECF No. 5. Plaintiff submits this Request, and the accompanying declaration, in accordance with that Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 18, 2026, at Miami, Florida.

/s/ Adrian Gucovschi
Adrian Gucovschi