BA20252438695

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only
**-FILED-**
File No.: BA20252438695
Date Filed: 12/17/2025

B4248-2872 12/17/2025 5:00 AM Received by California Secretary of State

Entity Details

| | |
|---|---|
| Limited Liability Company Name | AVOCADO MATTRESS L.L.C. |
| Entity No. | 201909410426 |
| Formed In | NEW JERSEY |

Street Address of Principal Office of LLC

| | |
|---|---|
| Principal Address | 12 HUDSON PLACE STE 100<br>HOBOKEN, NJ 07030 |

Mailing Address of LLC

| | |
|---|---|
| Mailing Address | 621 BURNING TREE RD<br>FULLERTON, CA 92833 |
| Attention | |

Street Address of California Office of LLC

| | |
|---|---|
| Street Address of California Office | 1401 21ST ST<br>STE R<br>SACRAMENTO, CA 95811 |

Manager(s) or Member(s)

| Manager or Member Name | Manager or Member Address |
|---|---|
| Jeffrey M DAndrea | 12 HUDSON PLACE STE 100<br>Hoboken, NJ 07030 |
| Mark Abrials | 12 HUDSON PLACE STE 100<br>Hoboken, NJ 07030 |
| Jason Decker | 12 HUDSON PLACE STE 100<br>Hoboken, NJ 07030 |
| Greg Brooks | 12 HUDSON PLACE STE 100<br>Hoboken, NJ 07030 |
| ▪ Daniel DAndrea | 12 HUDSON PLACE STE 100<br>Hoboken, NJ 07030 |

Agent for Service of Process

| | |
|---|---|
| California Registered Corporate Agent (1505) | REGISTERED AGENTS INC<br>Registered Corporate 1505 Agent |

Type of Business

| | |
|---|---|
| Type of Business | E-COMMERCE MATTRESS & PILLOW SALES |

Email Notifications

| | |
|---|---|
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

Chief Executive Officer (CEO)

| CEO Name | CEO Address |
|---|---|
| Daniel DAndrea | 12 HUDSON PLACE STE 100<br>Hoboken, NJ 07030 |

Labor Judgment

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

| Signature | Date |
|---|---|
| *Daniel DAndrea* | *12/17/2025* |

B4248-2873 12/17/2025 5:00 AM Received by California Secretary of State