**GUCOVSCHI LAW FIRM, PLLC**
Adrian Gucovschi (State Bar No. 360988)
165 Broadway, 23rd Floor
New York, NY 10006
Telephone: (212) 884-4230
Facsimile: (212) 884-4230
E-Mail: adrian@gucovschilaw.com

**HEDIN LLP**
Frank S. Hedin (SBN 291289)
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: fhedin@hedinllp.com

Attorneys for Plaintiff and the Putative Class

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

ROBYN DAVIS, individually and on behalf of all others similarly situated,
Plaintiff,
v.

AVOCADO MATTRESS, LLC,

Defendant.

Case No. 2:26-cv-01390-TLN-SCR

**PLAINTIFF'S STATUS REPORT IN RESPONSE TO THE COURT'S AUGUST 4, 2026 MINUTE ORDER (ECF NO. 5)**

Judge: Hon. Troy L. Nunley
Magistrate Judge: Hon. Sean C. Riordan
Complaint Filed: April 7, 2026
Trial Date: None Set

Plaintiff Robyn Davis ("Plaintiff") respectfully submits this Status Report pursuant to the Court's Minute Order of August 4, 2026, which directed Plaintiff to advise the Court of the current status of this case within fourteen days. ECF No. 5.

**Status of service and Defendant's response.** Plaintiff filed her Class Action Complaint on April 7, 2026, and the Clerk issued a Summons as to Defendant Avocado Mattress, LLC ("Avocado") the same day. ECF Nos. 1, 3. On April 23, 2026, Plaintiff served Avocado at 1401 21st Street, Suite R, Sacramento, California 95811—the address Avocado designates with the California Secretary of State as the street address of its California office and as the office of its registered corporate agent for service of process—and Plaintiff filed proof of service on May 6, 2026. ECF No. 4. Avocado's deadline to answer or otherwise respond to the Complaint was May 14, 2026. Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed. Avocado has not answered, has not otherwise responded to the Complaint, and has not appeared in this action. No attorney has entered an appearance on Avocado's behalf, and Plaintiff has received no communication from Avocado or anyone purporting to act on its behalf.

**Request for entry of default.** In accordance with the Court's Minute Order, and concurrently with this Status Report, Plaintiff has filed a Request for Entry of Default by the Clerk of Court as to Avocado pursuant to Federal Rule of Civil Procedure 55(a), supported by the declaration of undersigned counsel and by a copy of Avocado's Statement of Information on file with the California Secretary of State. ECF No. 6.

**Initial Pretrial Scheduling Order.** The Court issued its Initial Pretrial Scheduling Order on April 7, 2026. ECF No. 2. Plaintiff served that Order on Avocado together with the Summons and Complaint on April 23, 2026, and filed proof of service on May 6, 2026, thereby completing service within the ninety (90) days required by Section I of the Order. ECF No. 4.

Section XI of the Order provides that, in class actions, *"the parties shall file a short joint statement with the Court identifying the type of case and providing new*

*deadlines moving forward, within thirty (30) days of service on all defendant(s).”* ECF No. 2 § XI. That thirty-day period ran on May 26, 2026, and no such statement was filed. Because Avocado has never appeared, Plaintiff has had no counterparty with whom to confer, and a joint statement was not possible. Plaintiff should nonetheless have advised the Court of that impasse at the time. Plaintiff is prepared to file a unilateral statement supplying the information called for by Section XI, or to address those matters in her motion for default judgment, whichever the Court prefers.

Avocado has likewise not filed the corporate disclosure statement required by Section I of the Order, which was due fourteen (14) days after Avocado was served with the Order, or May 7, 2026. The remaining deadlines in the Order are keyed to the filing of an answer and have therefore not been triggered. *See* ECF No. 2 § III (“The deadline for completing discovery is not triggered until the last answer is filed . . . .”).

**Proposed next steps.** Upon the Clerk’s entry of default, Plaintiff intends to move for default judgment pursuant to Federal Rule of Civil Procedure 55(b)(2). Plaintiff respectfully proposes to file that motion within thirty (30) days of the Clerk’s entry of default, and will address in that motion the scope of the relief sought, including the appropriate treatment of the class allegations pleaded in the Complaint. Plaintiff is prepared to proceed on any schedule the Court prefers and to appear at any status conference the Court may wish to set.

Dated: August 18, 2026

Respectfully submitted,

**GUCOVSCHI LAW FIRM, PLLC**

By: /s/ Adrian Gucovschi
Adrian Gucovschi (State Bar No. 360988)
165 Broadway, 23rd Floor
New York, NY 10006
Telephone: (212) 884-4230
Facsimile: (212) 884-4230
E-Mail: adrian@gucovschilaw.com

-and –

**HEDIN LLP**
Frank S. Hedin (SBN 291289)
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: fhedin@hedinllp.com

Attorneys for Plaintiff